IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARG, LLC,

      Plaintiff,                               No. CIV S-11-3254 GEB EFB PS

      vs.

DHANNY GUANZON,
ROSARIO GUANZON,
and DOES 1-10, inclusive,

      Defendants.                   <u>ORDER</u>
_____/

      On April 4, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

      The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

      Accordingly, IT IS ORDERED that:

      1. The proposed Findings and Recommendations filed April 4, 2012, are ADOPTED;

      2. Plaintiff's motion to remand, Dckt. No. 10, is granted; and

////

1

3. The above-captioned case is REMANDED to the Superior Court of the State of California in the County of Solano.

Dated: May 15, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge